WILDE *against* DUNN, *qui tam.*

IN ERROR, on *certiorari*, from a justice's court. The plaintiff in error, who was the defendant below, by attorney, pleaded a *misnomer* in abatement, upon which issue was joined. *Dunn*, the plaintiff below, then requested an adjournment, which was granted until the 12th day of *November*, at two o'clock, P. M.

About three o'clock, or a little after, of the day to which the cause was adjourned, Mrs. *Wilde* appeared, with her attorney, and moved for a nonsuit, because the plaintiff did not appear: upon which the justice was informed by a witness for the plaintiff, that the plaintiff was near at hand, on his way to court. The justice waived a decision on the motion for a nonsuit. In a few minutes after, the motion was renewed; the justice told the defendant she must wait a little longer, and she then went out of court, but remained near at hand. Her attorney continued with the justice, and about a quarter before four o'clock, the plaintiff, *Dunn*, arrived. The parties were then called: the attorney for the defendant refused to appear; and the cause was tried *ex parte*; that is, the plea in abatement was considered as abandoned; and the plaintiff claimed a penalty for selling spirituous liquors without a license; which fact being proved, the justice gave judgment against the defendant for twenty-five dollars.

*Where after issue, on a plea of abatement, a defendant appears at the time appointed, by the adjournment of a cause, in the justice's court, and the plaintiff does not appear, but the justice is informed that he is near at hand, and delays calling and nonsuiting him, on the motion of the defendant, who soon after leaves court; and the plaintiff, in about an hour, appears, and the justice proceeds to hear and decide the cause; this is not such an unreasonable delay as will work a discontinuance of the cause.*

*Per Curiam.* There is ground to presume that the defendant below had no *bona fide* intention of defending the suit; and the delay after she appeared was not, under all circumstances, so unreasonable as to work a discontinuance: besides, her attorney was present during the trial. The judgment ought to be affirmed.

Judgment affirmed.